UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22544-MARTINEZ
(13-CR-20426-MARTINEZ)
MAGISTRATE JUDGE REID

CHANEL JIMENEZ,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **REPORT OF MAGISTRATE JUDGE**

### I.  Introduction

The *pro se* movant, Chanel Jimenez, a prisoner confined at Butner Low FCI, filed the instant motion to vacate, pursuant to 28 U.S.C. § 2255. [ECF No. 1]. Movant is currently serving a 188-month prison sentence for conspiracy to import five kilograms or more of cocaine into the United States, entered pursuant to a guilty plea in Case No. 13-CR-20426-MARTINEZ.

This Cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. § 636(b)(1)(B), S.D. Fla. Admin. Order 2019-2, and the Rules 8(b) and 10 Governing Section 2255 Cases in the United States District Courts.

For the reasons stated below, Movant's case should be DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

## II. Relevant Procedural History

Movant filed his initial motion to vacate on June 19, 2020 [ECF No. 1], raising multiple grounds for relief. Movant's form motion was almost entirely blank and the motion and memorandum [ECF No. 3] exceeded the 20-page limit set forth by Local Rule 7.1(c)(2). Moreover, Movant's memorandum of law, which included his factual allegations, was not properly sworn. [*Id*.]. Because of these deficiencies, the Court ordered him to submit an amended motion on or before July 22, 2020. [ECF No. 5 at 6]. In that order, the Court cautioned Movant that failure to comply with the order would result in dismissal of the action. [*Id*.]. As of the date of the drafting of this Report, Movant has failed to submit an amended motion.

Accordingly, Petitioner's case is due to be DISMISSED pursuant to Fed. R. Civ. P. 41(b).

## III. Discussion

The Eleventh Circuit has explained that "[a] district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F. 3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). Such authority includes the power to dismiss a case

for failure to prosecute or for failure to comply with a court order under Fed. R. Civ. P. 41(b). *Id.*

Dismissal of the petition is warranted under Rule 41(b). "The legal standard to be applied under Rule 41(b) is whether there is a clear record of delay or willful contempt and a finding that lesser sanctions would not suffice." *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985) (internal quotes omitted); accord. *Gratton v. Great American Communications*, 178 F .3d 1373, 1374 (11th Cir. 1999). Here, Plaintiff failed to comply with this Court's order and properly litigate the instant case despite warning from the Court that failure to comply would lead to dismissal. Plaintiff's amended motion was due by July 22, 2020. That time has since passed.

Under the circumstances, pursuant to Fed. R. Civ. P. 41(b), this case should be DISMISSED for Plaintiff's failure to comply with this Court's orders and for want of prosecution. *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("While dismissal is an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.").

## IV. Recommendations

Based upon the foregoing, it is recommended that this motion to vacate be DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with Court orders. It is also recommended that this case be closed.

Objections to this report may be filed with the District Court Judge within fourteen days of receipt of a copy of the report. Failure to do so will bar a *de novo* determination by the District Court Judge of anything in the recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

SIGNED this 4th day of September, 2020.

[signature]
UNITED STATES MAGISTRATE JUDGE

cc: Chanel Jimenez
 70304-004
 Butner Low
 Federal Correctional Institution
 Inmate Mail/Parcels
 Post Office Box 999
 Butner, NC 27509
 PRO SE

 Noticing 2255 US Attorney
 Email: usafls-2255@usdoj.gov

4