UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22544-CIV-MARTINEZ-REID
Criminal Case Number: 13-20426-CR-MARTINEZ

CHANEL JIMENEZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THIS CAUSE was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation ("R&R") on all dispositive matters, [ECF No. 2]. After initial screening, Magistrate Judge Reid filed a R&R, [ECF No. 6], recommending that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with court orders and failure to prosecute. The Court has reviewed the entire record and notes that no objections have been filed. Additionally, Movant still has not complied with Magistrate Judge Reid's Order to Amend, [ECF No. 5 at 6]. The deadline was July 22, 2020. [*Id.*]

Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation, [ECF No. 6], is **AFFIRMED** and **ADOPTED**.

Accordingly, it is further

**ADJUDGED** that:

1. Movant's 28 U.S.C. § 2255 Motion, [ECF No. 1], is **DISMISSED without prejudice**

- 2 -

for failure to comply with court orders.

2. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of September, 2020.

                                                                                               _____  
                                                                                               JOSE E. MARTINEZ  
                                                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:  
Magistrate Judge Reid  
All Counsel of Record  
Chanel Jimenez, *pro se*